IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| ELEANOR TERAN, | ) | No. CV-F-07-1476 OWW |
| | ) | |
| | ) | ORDER DIRECTING PARTIES TO |
| | ) | BE PREPARED TO ARGUE |
| Plaintiff, | ) | STATEMENT OF A CLAIM AGAINST |
| | ) | DEFENDANT HAGOPIAN RE |
| vs. | ) | SEVENTH CLAIM FOR RELIEF |
| | ) | |
| | ) | |
| STEVE HAGOPIAN, et al., | ) | |
| | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

Plaintiff and Defendant Hagopian are ordered to be prepared at the hearing on March 23, 2009 to discuss whether a claim may be stated against an individual for violation of Title VI of the Civil Rights Act of 1964 as alleged in the Seventh Claim for Relief. *See Shotz v. City of Plantation, Fla.*, 344 F.3d 1161, 1170-1171 (11th Cir.2003); *Buchanan v. City of Bolivar, Tenn.*, 99 F.3d 1362, 1356 (6th Cir.1996); *Mayorga Santamarie ex rel. Doe Children 1-3 v. Dallas Independent School Dist.*, 2006 WL 3350194 at *48 (N.D.Tex.2006) and cases cited therein; *DT v. Somers Cent. School Dist.*, 588 F.Supp.2d 485, 493 n.11 (S.D.N.Y.2008).

1

IT IS SO ORDERED.

**Dated:     March 18, 2009**          /s/ Oliver W. Wanger
                                       UNITED STATES DISTRICT JUDGE