Ken M. Fitzgerald, State Bar No. 143019
Barbrae Lundberg, State Bar No. 231244
**FITZGERALD & LUNDBERG**
3330 W. Mineral King Ave., Ste. H
Visalia, California 93291
Phone: (559) 733-3733
Fax: (559) 733-3987

Attorneys for Plaintiff, ELEANOR TERAN

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

-ooOoo-

| | |
|---|---|
| ELEANOR TERAN, | CASE NO: 1:07-CV-01476-OWW-GSA |
| Plaintiff, | **ORDER ON STIPULATION OF DISMISSAL OF DEFENDANT, STEVE HAGOPIAN, ONLY** |
| vs. | *(Fed. R. Civ. P. 41(a)(1)(ii))* |
| STEVE HAGOPIAN; WOODVILLE UNION SCHOOL DISTRICT; and DOES 1 through 100, inclusive | |
| Defendants. | |

1.

/ / /

/ / / /

/ / / / /

/ / / / / /

/ / / / / / /

[PROPOSED] ORDER ON STIPULATION OF DISMISSAL OF STEVE HAGOPIAN

# ORDER

The Court has reviewed the Stipulation set forth above. Accordingly,

IT IS ORDERED that:

1. This matter is dismissed with prejudice as to Defendant, STEVE HAGOPIAN, only.

Dated: 5/11/2009                    /s/ OLIVER W. WANGER
                                    UNITED STATES DISTRICT JUDGE

[PROPOSED] ORDER ON STIPULATION OF DISMISSAL OF STEVE HAGOPIAN

FITZGERALD 7 LUNDBERG
3330 W. Mineral King Ave., Suite H
Visalia, CA 93291