JOHN L. ROZIER - SBN 103059                                    622143
NELSON & ROZIER
3924 W. Caldwell, Suite A
Visalia, CA  93277-9249
Telephone: (559) 713-0159
Facsimile: (559) 713-0166

Attorneys for Defendant,
WOODVILLE UNION SCHOOL DISTRICT

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELEANOR TERAN, | CASE NO. 1:07-CV-01476-OWW-GSA |
| Plaintiff, | |
| vs. | **REQUEST FOR DISMISSAL AND ORDER THEREON** |
| STEVE HAGOPIAN; WOODVILLE UNION SCHOOL DISTRICT, | |
| Defendants. | |

The parties hereto, through their respective attorneys, respectively request that this action be dismissed with prejudice as to all parties and all causes of action.

Dated: July 20, 2009.                    FITZGERALD & LUNDBERG


                                         By:/s/KEN M. FITZGERALD

```
                                        Ken M. Fitzgerald, Attorneys
                                        for Plaintiff, ELEANOR TERAN
///


Dated: July 15, 2009.           NELSON & ROZIER



                                By: /s/JOHN L. ROZIER
                                    John L. Rozier, Attorneys for
                                    Defendant, WOODVILLE UNION
                                    SCHOOL DISTRICT
```

**O R D E R**

**IT IS ORDERED** that the within action is hereby dismissed with prejudice in its entirety.

Dated:_____


                                        _____
                                        Judge Oliver W. Wanger

IT IS SO ORDERED.

**Dated:   July 24, 2009**              **/s/ Oliver W. Wanger**
                                        UNITED STATES DISTRICT JUDGE

-2-

Request for Dismissal and Order Thereon